UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO E. MARTIN JIMENEZ,

      Plaintiff,

    v.                              Case No.:  2:26-CV-01517-KCD-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH ALLIGATOR ALCATRAZ,
GARRET RIPA, MIAMI FIELD
OFFICE DIRECTOR,
MARKWAYNE MULLIN,  TODD
BLANCHE, ACTING ATTORNEY
GENERAL OF THE UNITED
STATES,

      Defendants,

_____/

## **ORDER**

Petitioner seeks habeas relief under 28 U.S.C. § 2241. The Court finds

that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the

   Petition, with exhibits (Doc. 1) electronically to the United States

   Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov)

   and by certified mail to the Attorney General of the United States in

   Washington, D.C (U.S. Department of Justice, 950 Pennsylvania

   Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by 5/14/2026, and file proof of service. Petitioner does not need to obtain a summons to do so.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until 5/27/2026, to do so.

**ORDERED** in Fort Myers, Florida on May 7, 2026.

Kyle C. Dudek
United States District Judge